# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FRANK TUKA,

    Plaintiff,

vs.                                                                        Case No. 2:15-cv-10263

NATIONAL RAILROAD PASSENGER
CORPORATION, a/k/a AMTRAK,

    Defendant.
_____/

## ORDER CANCELLING TELEPHONE CONFERENCE

The parties have filed a joint 26(f) plan, suggesting:

"Plaintiff intends to depose his co-workers, supervisors, representatives of Defendant's safety department and Defendant's experts with regard to both incidents. Amtrak intends to depose plaintiff, his co-workers, and plaintiff's treating healthcare providers, along with any experts retained by plaintiff. The parties therefore request eight months for discovery from the date of the Rule 26(f) conference, with discovery closing on November 1, 2015."

This appears to be an uncomplicated case, and the court will accept the parties' suggestion. A scheduling order will be issued accordingly. There appears to be no further need for a scheduling conference at this time, but if the parties have unresolved business to discuss with the court, they should jointly advise the court's case manager.

**IT IS ORDERED** that the April 16, 2015 scheduling conference is CANCELLED.


                                                     S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: April 14, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 14, 2015, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522